# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JOSE ENRIQUE MENDIOLA**
**ADC# 130653**                                                                    **PETITIONER**

**v.**                             **CASE NO. 5:09CV00226 BSM**

**RAY HOBBS, Director**
**Arkansas Department of Correction et al.**                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, Jose Mendiola's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice and the relief sought is denied. Additionally, Mendiola's certificate of appealability is denied.

Dated this 22nd day of December 2011.


_____
UNITED STATES DISTRICT JUDGE